# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

———

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

December 23, 2020

**VIA E-MAIL**
Tory Law, PLLC
Attn: John Troy, Esq.
4125 Kissena Boulevard, Suite 103
Flushing, NY 11355-3101
johntroy@troypllc.com

      *Re:*   **Soto v. Miss Laser Inc.,** *et al*.
             **Case No.: 1:19-cv-4745 (MKB) (CLP)**
             **MLLG File No.: 159-2019**

Dear John:

      This office represents the Defendants in the above-referenced case. Defendants write in accordance with ¶ 3(D) of this Court's Individual Practices & Rules to submit copies of Defendants' memorandum of law in opposition to Plaintiff's motion for leave to file a supplemental complaint, as well as Defendants' declaration in opposition to same with accompanying exhibits A and B.

Dated: Lake Success, New York
       December 23, 2020                  Regards,

                                         **MILMAN LABUDA LAW GROUP PLLC**

                                         _____/s_____
                                         Emanuel Kataev, Esq.
                                         3000 Marcus Avenue, Suite 3W8
                                         Lake Success, NY 11042-1073
                                         (516) 328-8899 (office)
                                         (516) 303-1395 (direct dial)
                                         (516) 328-0082 (facsimile)
                                         emanuel@mllaborlaw.com

                                         *Attorneys for Defendants*

Enclosures.

**VIA ECF (without enclosures)**
Hon. Margo K. Brodie, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 6F North
Brooklyn, NY 11201-1804