# TROY LAW, PLLC
ATTORNEYS/COUNSELORS AT LAW
Tel: (718) 762-1324   johntroy@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

September 1, 2022

<u>*VIA* ECF</u>
Hon. Marcia H. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 504 North
Brooklyn, NY 11201

**Re: Plaintiffs Letter requesting Extension of Time to Complete Discovery**
1:19-cv-4745 (HG) (MMH) *Soto v. Miss Laser Inc., et al.*

Dear Honorable Judge Henry:

  This office represents the Plaintiff in the above referenced matter. We write respectfully and with the consent of the defense counsel to request an extension of time to complete the discovery in the above-referenced matter until November 1, 2022, from September 2, 2022. Granting this request will not prejudice any party.

  On June 13, 2022, Your Honor, revised the case management plan and Ordered the parties to complete the discovery in the above-referenced matter by September 2, 2022. *See* Dkt. No. 44. However, there is currently a pending Defendants motion to dismiss before Your Honor, and also this case has been referred to mediation. In light of the mediation referral and pending motion to dismiss before Your Honor, Plaintiff would like to first complete the mediation in the above-referenced matter prior to expending any further resources on the depositions in this matter. Accordingly, Plaintiff's along with the Defendants consent respectfully request to extend the time to complete the mediation in the above referenced matter until November 1, 2022, from September 2, 2022.

  For all the foregoing reasons mentioned above, Plaintiffs respectfully request this Court to extend the time to complete the mediation until November 1, 2022, from September 2, 2022.

  We thank the Court for its attention and consideration in this matter.

                   Respectfully Submitted,

                   <u>*/s/ John Troy*        </u>
                    John Troy, Esq.

Cc: all Counsel of record *Via* ECF

*JT/pk*