# TROY LAW, PLLC
ATTORNEYS/COUNSELORS AT LAW
Tel: (718) 762-1324   johntroy@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

November 2, 2022

*VIA* ECF
Hon. Marcia H. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 504 North
Brooklyn, NY 11201

**Re: Plaintiff's Mediation Status Report and Motion to Extend Time to Complete Mediation**
1:19-cv-4745 (HG) (MMH) *Soto v. Miss Laser Inc., et al.*

Dear Honorable Judge Henry:

    This office represents the Plaintiff in the above referenced matter. We write respectfully to report that the parties have re-scheduled the Mediation in this matter for November 11, 2022 at noon. We will keep the court apprised of the settlement status within 7 days of the completion of the mediation conference.

    We thus respectfully request time till November 11, 2022 for the completion of discovery. Said extension would not prejudice either party and will enable the parties to attempt to settle in good faith.

    We thank the Court for its attention and consideration in this matter.

Respectfully Submitted,

/s/ John Troy
John Troy

Cc: all Counsel of record *VIA* ECF

*JT/mh*