**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT COURT OF NEW YORK**
------------------------------------------------------------------x
MICHELLE CAICEDO SOTO,
*on her own behalf and on behalf of others similarly situated,*

         Plaintiff,   No. 19-cv-04745 (HG) (MMH)

     v.       **NOTICE OF APPEARANCE**

MISS LASER INC.
  d/b/a Miss Laser,
FRIDA KOYUNOV,
EMANUEL ARABOV, and
JOSEF YUNAEV,
         Defendants.
------------------------------------------------------------------x

  **PLEASE TAKE NOTICE** that the undersigned hereby appears for Plaintiff MICHELLE CAICEDO SOTO on behalf of herself and others similarly situated, in the above-captioned case.

  Request is hereby made that all notices given or required to be given in this case and all pleadings, motions, and applications served or required to be served in this case be given to and served upon the undersigned.

  The undersigned certifies that he is admitted and authorized to practice in this Court.

Dated: Flushing, NY
   January 12, 2023

            TROY LAW, PLLC

            */s/ Tiffany Troy*
            Tiffany Troy
            41-25 Kissena Boulevard, Suite 110
            Flushing, NY 11355
            Tel: (718) 762-1324
            troylegalpllc@gmail.com
            *Attorney for Plaintiff*