# TROY LAW, PLLC

ATTORNEYS/COUNSELORS AT LAW
Tel: (718) 762-1324   johntroy@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

February 17, 2023

**_VIA_ ECF**
Hon. Marcia H. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 504 North
Brooklyn, NY 11201

**Re: Plaintiff's Mediation Status Report**
1:19-cv-4745 (HG) (MMH) *Soto v. Miss Laser Inc., et al.*

Dear Honorable Judge Henry:

    This office represents the Plaintiff in the above referenced matter. We write respectfully to report that the parties have jointly selected Mediator John Beranbaum, with a mediation date and time scheduled for March 14, 2023.

    We thank the Court for its attention and consideration in this matter.

Respectfully Submitted,

/s/ John Troy
John Troy

cc: all Counsel of record *VIA* ECF
*JT/mh*