TROY LAW, PLLC
*Attorneys for the Plaintiff*
41-25 Kissena Blvd., Suite 110
Flushing, NY 11355
Tel:   (718) 762-1324

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MICHELLE CAICEDO SOTO,
*on her own behalf and on behalf of others similarly situated*

                                Plaintiff,
                        v.

MISS LASER INC.
    d/b/a Miss Laser;
FRIDA KOYUNOV,
EMANUEL ARABOV, and
JOSEF YUNAEV

                                Defendants.
-------------------------------------------------------------x

Case No: 19-cv-04745

**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO RULE 68**

      PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff MICHELLE CAICEDO SOTO, through her undersigned counsel, hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment to Plaintiffs dated May 16, 2023 attached hereto as Exhibit A.

Dated: Flushing, New York
May 16, 2023

                                                      TROY LAW, PLLC
                                                      *Attorneys for the Plaintiff*

                                                      John Troy

TROY LAW, PLLC
*Attorneys for the Plaintiff*
41-25 Kissena Blvd., Suite 110
Flushing, NY 11355
Tel:   (718) 762-1324

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Case No: 19-cv-04745

-----------------------------------------------------------------

MICHELLE CAICEDO MICHELLE CAICEDO SOTO,   **CERTIFICATE OF SERVICE**
*on her own behalf and on behalf of others similarly situated*

                                    Plaintiff,
                                  v.

MISS LASER INC.
     d/b/a Miss Laser;
FRIDA KOYUNOV,
EMANUEL ARABOV, and
JOSEF YUNAEV

                                  Defendants

-----------------------------------------------------------------x

I hereby certify that a true and correct copy of the attached Notice of Acceptance of Defendant's Offer of Judgment was served on the Defendants of this action by causing a copy to be sent *via* ECF to their Attorney of Record.

Dated: Flushing, New York
May 16, 2023

                                                   TROY LAW, PLLC
                                                   *Attorneys for the Plaintiff*

                                                   /s/ John Troy
                                                   John Troy