TROY LAW, PLLC
*Attorney for the Plaintiff*
41-25 Kissena Blvd., Suite 110
Flushing, NY 11355
Tel:    (718) 762-1324

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MICHELLE CAICEDO SOTO,
*on her own behalf and on behalf of others similarly situated*

                        Plaintiff,
                          v.

MISS LASER INC.
    d/b/a Miss Laser;
FRIDA KOYUNOV,
EMANUEL ARABOV, and
JOSEF YUNAEV

                        Defendants.
---------------------------------------------------------------x

Case No: 19-cv-04745

**JUDGMENT**

The Honorable Hector Gonzalez, United States District Judge:

    Whereas pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendants **MISS LASER INC. d/b/a Miss Laser; FRIDA KOYUNOV, EMANUEL ARABOV, and JOSEF YUNAEV** having offered to allow judgment be taken against them by consent Plaintiff MICHELLE CAICEDO SOTO, in this action for a sum of **Seventy-Two Thousand Five Hundred Dollars ($72,500)** including all attorneys' fees and costs now accrued; the offer of judgment is made for purposes specified in Rule 68, and is not to be construed as an admission that the offerors are liable in this action or that consent Plaintiff MICHELLE CAICEDO SOTO suffered any damage; Plaintiff MICHELLE CAICEDO SOTO, through John Troy, Troy Law PLLC, on  having accepted and provided notice that she has accepted Defendants' Offer of Judgment, dated May 16, 2023, and the matter having come before this Court, the Court now render it Order, that the Clerk should enter judgment dismissing the case in accordance with the acceptance of offer of judgment pursuant to Fed. R. Civ. P. 68 and directing the Clerk to close this case. It is hereby:

    **ORDERED, and  ADJUDGED,** that for the reasons stated in the offer and acceptance of judgment pursuant to Rule 6, the Clerk shall enter judgment in the amount of

**Seventy-Two Thousand Five Hundred Dollars ($72,500)**, jointly and severally against Defendants **MISS LASER INC. d/b/a Miss Laser; FRIDA KOYUNOV, EMANUEL ARABOV, and JOSEF YUNAEV**, including attorney's fees and costs now accrued, payable in three equal installments, with Installment 1 of $25,000 due 30 days after entry of judgment; Installment 2 of $25,000 due 90 days of the date Installment 1 is paid; and Installment 3 of $25,000 due 60 days of the date Installment 2 is paid, and that if any amounts remain unpaid on the due date of the installments, post-judgment interest shall accrue pursuant to 28 U.S.C. 1961; and the whole judgment amount plus fifteen percent pursuant to NYLL 198(4) shall immediately come due and Plaintiff shall have the right to seek payment of the unpaid Judgment Amount plus fifteen percent (15%) plus post-judgment interest, in the court of any jurisdiction; and Defendants shall be liable for all reasonable attorneys' fees, costs, or disbursements incurred by Plaintiff in such an enforcement action.

Dated: Brooklyn, New York
May 24, 2023

BRENNA B. MAHONEY
CLERK OF COURT

BY: *Jalitza Poveda*
Deputy Clerk